# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Carl Orton, Jr.**
        Plaintiff

vs.                                  CASE NUMBER: 7:11-CV-630 (FJS)

**Michael J. Astrue, Commissioner of Social Security**
        Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon review of the entire record in this matter it is ordered that Defendant's Motion for Judgment on the Pleadings is GRANTED and Plaintiff's Motion for Judgment on the Pleadings is DENIED. Judgment is hereby entered in favor of the defendant and the Complaint filed by Carl E. Orton, Jr., is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 2nd day of July, 2013.

DATED: July 2, 2013

                                            Clerk of Court

                                            s/

                                            Joanne Bleskoski
                                            Deputy Clerk